ANDRÉ BIROTTE JR.
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
300 N. Los Angeles Street
Federal Building, Room 7211
Los Angeles, CA  90012
    Telephone:    (213) 894-6551
    Fax:    (213) 894-0115
    E-mail:    andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>vs.<br><br>RUBEN GARCIA,<br>    Defendant | Case No.:  CV 14-4239<br><br>Complaint to reduce federal income tax assessment to judgment |

The United States of America, Plaintiff, for its complaint against Ruben Garcia, Defendant, states:

1. This is a civil action to reduce federal tax assessments to judgment against Defendant Ruben Garcia over which this Court has jurisdiction under 26 U.S.C. § 7402 and 28 U.S.C. §§ 1340 and 1345.

2. This action is brought at the direction of the Attorney General of the United States and at the request and with the authorization of the Chief Counsel of the Internal Revenue Service, a delegate of the Secretary of the Treasury, under U.S.C. §§ 7401 and 7403.

3. Venue for this action is within the Central District of California under 28 U.S.C. § 1391(b) and 1396 because Defendant resides in this district for purposes of venue.

4. Ruben Garcia is an individual residing in this district.

## COUNT I
### Claim to reduce federal tax assessments to judgment

5. The United States realleges paragraphs 1 through 4.

6. On the following date, a delegate of the Secretary of the Treasury made the following assessment of federal income tax for tax year 2000 against Ruben Garcia.  In addition, there have been the following credits, charges, and additional assessments as specified:

| Period | Assessment date: | | Amount |
|---|---|---|---|
| 2000 | November 19, 2001 | | $461,460 |
| | Less: | Credit (4/15/2001): | ($63,332) |
| | | Credit (11/26/2011): | ($600) |
| | | Payment (2/5/2004): | ($51,000) |
| | Plus: | Estimated tax penalty (11/19/2001): | $21,034 |
| | | Failure to pay penalty (11/19/2001): | $15,925.12 |
| | | Interest assessed (11/19/2001): | $17,861.29 |
| | | Interest assessed (11/26/2001) | $608.42 |
| | | Fees and collection costs (5/27/2002): | $21 |
| | | Failure to pay penalty (6/5/2006): | $83,480.88 |
| | | Fees and collection costs (8/1/2011): | $60 |

7. Proper and timely notice and demand for payment of this tax assessment has been made on Ruben Garcia.

8. As of June 2, 2014, the outstanding tax liability for Ruben Garcia's federal income-tax liability for tax year 2000 is $882,594.14 including accrued interest and penalties.

9. This suit is filed within the statute of limitations to collect the above liabilities.

10. The statute of limitations has been extended to June 14, 2014, for the reasons set forth in paragraphs 11 to 17.

11. In November 2002, Garcia delivered an executed form 900 tax collection waiver extending the statute of limitations to April 15, 2012.

12. From October 17, 2002, to November 15, 2002, which is a period of 29 days, the IRS was considering an installment agreement.

13. By operation of IRC §§ 6331(k) and 6503, the statute of limitations for collection of a federal tax liability is suspended during the period of consideration by the IRS of an installment agreement.

14. On June 22, 2011, Garcia filed for a petition for bankruptcy which was pending until January 23, 2013, when his bankruptcy case was dismissed.

15. The period from June 22, 2011, to January 23, 2013, is a 581 days.

16. By operation of IRC § 6503(h), the statute of limitations for collection of a federal tax liability is suspended during the pendency of a case under Title 11 of the United States Code plus six months.

17. Thus, the ten-year statute of limitations for the Government to initiate a suit to collect the November 19, 2001, federal tax assessment for tax year 2000 is extended by operation of statute to June 14, 2014.

18. Despite timely notice and demand for payment of these tax assessments, Ruben Garcia has not fully paid the assessments.

19. The United States is entitled to judgment against Ruben Garcia in the amount of $882,594.14 through June 2, 2014, plus all subsequent statutory accruals, including interest and penalties.

Wherefore, the United States of America, Plaintiff, requests the Court to:

A. Enter judgment in favor of the United States and against Ruben Garcia in the amount $882,594.14 through June 2, 2014, plus all subsequent statutory accruals, including interest and penalties plus

///

///

///

///

5

costs and expenses; and

  B. Order any further relief the Court deems just and appropriate.

DATED:  June 2, 2014      ANDRÉ BIROTTE JR.
                United States Attorney

                SANDRA R. BROWN
                Assistant United States Attorney
                Chief, Tax Division

                **/s/ Andrew T. Pribe**
                ANDREW T. PRIBE
                Assistant United States Attorney