ANDRE BIROTTE JR., U.S. Attorney
SANDRA BROWN, AUSA
Chief, Tax Division
ANDREW PRIBE, AUSA
300 N. Los Angeles St., #7211
Los Angeles, CA 90012

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV 14-4239 -MMM (SSx) |
| RUBEN GARCIA | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): RUBEN GARCIA

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, _Andrew Pribe_____, whose address is _300 N. Los Angeles St., #7211, Los Angeles, CA 90012_____. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: June 2, 2014        By: /s/ E. TAMAYO
                               Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)        SUMMONS