JS-6

EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
300 N. Los Angeles Street
Federal Building, Room 7211
Los Angeles, CA  90012
    Telephone:(213) 894-6551
    Fax:      (213) 894-0115
    E-mail:   andrew.t.pribe@usdoj.gov

*Attorneys for the United States of America*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>vs.<br><br>RUBEN GARCIA,<br>    Defendant | Case No.: CV 14-04239MMM(SSx)<br><br>Judgment |

Based on the stipulation of the United States of America, Plaintiff, and Ruben Garcia, Defendant, and for good cause shown, it is ordered that:

1

1  |  1. Judgment is entered in favor of the United States and
2  |  against Ruben Garcia in the amount of $913,698.38 plus statutory
3  |
4  |  interest from July 27, 2015, plus costs. Statutory interest includes
5  |  prejudgment interest until the date of judgment and post-judgment
6  |
7  |  interest thereafter as set forth in 26 U.S.C. § 6621 and 28 U.S.C.
8  |  § 1961(c)(1).

IT IS SO ORDERED.

Dated: September 9, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE